ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRLEY CRONIN, et al.; | C 08-3274-MMC |
| Plaintiffs, | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| vs. | |
| TODD SHIPYARDS CORPORATION, et al., | |
| Defendants. | |

Pursuant to <u>Civil</u> <u>L.R</u>. 3-16, the undersigned certifies that as of this date, other than the parties named in the Complaint, there is no such interest to report.

Dated: July 7, 2008                BRAYTON❖PURCELL LLP

                                                 /S/  David R. Donadio

                                    By: _____
                                         David R. Donadio
                                         Attorneys for Plaintiffs