AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

E-filing  MMC

| | |
|---|---|
| SHIRLEY CRONIN, ET AL. ) | CV 08  3274 |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| TODD SHIPYARDS CORPORATION, ET AL ) | |
| Defendant ) | |

### Summons in a Civil Action

To: <u>(SEE ATTACHED LIST)</u>
   *(Defendant's name)*

A lawsuit has been filed against you.

   Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:




If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


                                                                    Richard W. Wieking
                                                                    Name of clerk of court

Date: <u>JUL - 8 2008</u>                                           **ANNA SPRINKLES**
                                                                    Deputy clerk's signature




*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

1
2  TODD SHIPYARDS CORPORATION
3
4
5
6
7  GENERAL DYNAMICS CORPORATION
8
9
10
11 VIAD CORP
12
13
14
15 HAYLEY HOTT
16
17
18
19
20
21
22
23
24
25
26
27 *Shirley Cronin etc. et. al. v Todd Shipyards Corporation et. al.*
   *; U.S. District Court, ND Calif.*
28

K:\Injured\107710\Fed\Attachment to Summons (fed26).wpd      1
Attachment to Summons

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

                                                                        _____
                                                                        Server's signature

                                                                        Printed name and title

                                                                        Server's address