1  GEORGE D. YARON, ESQ. (State Bar #96246)
   KEITH E. PATTERSON, ESQ. (State Bar #225753)
2  JOSHUA D. WHITE, ESQ. (State Bar #246164)
   **YARON & ASSOCIATES**
3  601 California Street, 21st Floor
   San Francisco, California 94108-2281
4  Telephone: (415) 658-2929
   Facsimile:  (415) 658-2930
5
   Attorneys for Defendant
6  TODD SHIPYARDS CORPORATION

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 SHIRLEY CRONIN, as Wrongful Death Heir, )   CASE NO. CV 08-3274
   and as Successor-in-Interest to RAYMOND C. )
12 CRONIN, SR., Deceased, and RAYMOND C. )     **DEMAND FOR JURY TRIAL**
   CRONIN, JR., ROBERT CRONIN, as Legal )
13 Heirs of RAYMOND C. CRONIN, SR., )
   Deceased; ESTELA CARCALLAS, as )
14 Wrongful Death Heir, and as Successor-in- )
   Interest to FABIAN CARCALLAS, Deceased, )
15 and FABIAN CARCALLAS III, OLIVER )
   CARCALLAS, as Legal Heirs of FABIAN )
16 CARCALLAS, Deceased; PEGGY HOTT, as )
   Wrongful Death Heir, and as Successor-in- )
17 Interest to VIRGIL HOTT, Deceased, )
                                            )
18          Plaintiffs, )
                                            )
19     vs. )
                                            )
20 TODD SHIPYARDS CORPORATION,)
   GENERAL DYNAMICS CORPORATION,)
21 VIAD CORP., and HAYLEY HOTT, )
                                            )
22        Defendants. )
                                            )

23        TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL PARTIES

24 HEREIN:

25 ///

26 ///

27 ///

28 ///

1     PLEASE TAKE NOTICE that Defendant TODD SHIPYARDS CORPORATION hereby
2 demands a trial by jury in the above-entitled action.

3 DATED: August 1, 2008                       YARON & ASSOCIATES

By _____
GEORGE D. YARON
KEITH E. PATTERSON
JOSHUA D. WHITE
Attorneys for Defendant
TODD SHIPYARDS CORPORATION

DEMAND FOR JURY TRIAL                                               G:\3144\Pleadings\Jury.Trial.Demand.wpd

## PROOF OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is Yaron & Associates, 601 California St., 21st Floor, San Francisco, California 94108-2826.

On **August 4, 2008**, I served the within:

**DEMAND FOR JURY TRIAL**

on all parties in this action as listed by ECF

---

☒ **VIA ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **August 4, 2008**, at San Francisco, California.

_____
MARISELA H. NAVARRO