1  GEORGE D. YARON, ESQ. (State Bar #96246)
   KEITH E. PATTERSON, ESQ. (State Bar #225753)
2  JOSHUA D. WHITE, ESQ. (State Bar #246164)
   **YARON & ASSOCIATES**
3  601 California Street, 21st Floor
   San Francisco, California 94108-2281
4  Telephone: (415) 658-2929
   Facsimile:  (415) 658-2930
5
   Attorneys for Defendant
6  TODD SHIPYARDS CORPORATION

7

8               IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 SHIRLEY CRONIN, et al.,            )   CASE NO. CV 08-3274
                                      )
12        Plaintiffs,                 )   **DEFENDANT TODD SHIPYARDS**
                                      )   **CORPORATION'S CERTIFICATE OF**
13    vs.                             )   **INTERESTED ENTITIES OR PERSONS**
                                      )
14 TODD SHIPYARDS CORPORATION,)
   GENERAL DYNAMICS CORPORATION,)
15 VIAD CORP., and HAYLEY HOTT,       )
                                      )
16        Defendants.                 )
                                      )
17 _____   )

18      Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than
19 the named parties, there is no such interest to report.

20 DATED: August 5, 2008              YARON & ASSOCIATES

21

22                                    By: _____
23
                                          GEORGE D. YARON
24                                        KEITH E. PATTERSON
                                          JOSHUA D. WHITE
25                                        Attorneys for Defendant
                                          TODD SHIPYARDS CORPORATION
26

27

28

## PROOF OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is Yaron & Associates, 601 California St., 21st Floor, San Francisco, California 94108-2826.

On **August 5, 2008**, I served the within:

**DEFENDANT TODD SHIPYARDS CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

on all parties in this action as listed by ECF

---

  **VIA ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **August 5, 2008**, at San Francisco, California.

_____
IRIS NISHIMOTO