# Affidavit of Service
Service by Private Process

| Office Use Only | X Standard ☐ Same Day |
|---|---|
| | Attorney: David R. Donadio  Firm: Brayton Purcell, LLP |
| | RE: Cronin, et al v Todd Shipyards Corporation, et al |
| | File/Case #: CV 08 3274 |
| | BizPort Reference: 186116 |

I, the undersigned __ADRIAN BEARD__ do hereby certify that I am over eighteen years of age, am not a party to or otherwise interested in the subject matter in controversy, and I further attest: on the __21st__ day of __July__, 2008, at __12:10__ AM/**PM**, I served:

**General Dynamics Corporation
CT Corporation Systems, Inc.
4701 Cox Road, Suite 301
Glen Allen, VA 23060-6802**

the attached:
- ☐ Subpoena Duces Tecum
- ☐ Motion for Judgment
- ☐ Witness Subpoena
- ☐ Warrant in Debt
- ☐ Subpoena In A Civil Case
- X Other (Specify): **Summons In A Civil Action, Complaint For Survival, Wrongful Death - Asbestos; Demand For Jury Trial, Exhibit A, ECF Registration Information Handout, Order Setting Initial Case Management Conference And ADR Deadlines, Case Management Conference Order, Standing Orders For Civil Cases Assigned To The Honorable Maxine M. Chesney, Standing Order For All Judges Of The Northern District Of California, Drop Box Filing Procedures, Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction, Notice Of Lawsuit And Request For Waiver Of Service Of Summons, Waiver Of Service Summons, Certifications Of Interested Entities Or Persons and Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California**

☐ Personal Service: ____
☑ Registered Agent: __John Manall__
Being unable to make personal service, a copy was delivered in the following manner:
☐ Delivered to person found in charge of the usual place of business or employment during business hours and giving information of its purport.
Delivered to: ____
☐ Delivered to a family member, not a temporary sojourner or guest, aged sixteen or older, at the usual place of abode of the above named party.
Delivered to: ____
☐ Posted on the front door or other such entrance as appears to be the main entrance.
☐ Served on the Secretary of the Commonwealth. Accepted by: ____
☐ Served on the State Corporation Commission. Accepted by: ____
☐ Not Found/Unable to Serve

Process Server:
[signature]
BizPort Process Servers
9 North 3rd Street
Richmond, Virginia 23219

Attempt: ____
Wrong Address: ____

Commonwealth of Virginia
City of Richmond
Subscribed and sworn before me this __23rd__ day of __July__, 2008.
My commission expires __July 31, 2009__

[Notary Seal: DAMON C. ORR, NOTARY PUBLIC, MY COMMISSION NUMBER 356891, COMMONWEALTH OF VIRGINIA]

[signature]
Notary Public

## Service Authorization

CT Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation.

Tinika Baylor

Katie Bush

Carl J. Goodwyn

Emmett Hickam

John Manall

Katie White

This authorization pertains to the authority of individuals to receive process on behalf of CT Corporation System and Business Filings Incorporated. It does not certify the receipt or acceptance of any specific process.

_____
Emmett Hickam
Corporate Operations Manager
CT Corporation System
A Wolters Kluwer Company


State of Virginia
County of Henrico

This day personally appeared before me, Emmett Hickam, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this __15th__ day of __April__, 2008

_____
Notary Public
Katherine Victoria White

KATHERINE VICTORIA WHITE
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
REG. # 7069044
MY COMMISSION EXPIRES
JUNE 30, 2010

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

E-filing MMC

CV 08 3274

| SHIRLEY CRONIN, ET AL. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. _____ |
| TODD SHIPYARDS CORPORATION, ET AL | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: (SEE ATTACHED LIST)
   *(Defendant's name)*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:


If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUL - 8 2008

**ANNA SPRINKLES**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*