United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY CRONIN, et al., | No. C-08-3274 MMC |
|     Plaintiffs, | **ORDER DIRECTING DEFENDANT VIAD CORPORATION TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
|   v. | |
| TODD SHIPYARDS CORPORATION, et al., | |
|     Defendants | |

On August 11, 2008, defendant Viad Corporation ("Viad") electronically filed its answer. Viad has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

Viad is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Viad is hereby advised that if it fails in the future to comply with the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any

1 electronically-filed document of which a chambers copy has not been timely provided to the
2 Court.
3 **IT IS SO ORDERED.**

5 Dated: August 21, 2008

_____
MAXINE M. CHESNEY
United States District Judge