ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
FRANK J. ANDERS, ESQ., S.B. #227208
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRLEY CRONIN, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> TODD SHIPYARDS CORPORATION, *et al.*, <br><br> Defendants. | C 08-03274-MMC <br><br> JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINE AND CONFERENCE, AND TO EXTEND TIME; [~~PROPOSED~~] ORDER TO STAY; [~~PROPOSED ALTERNATIVE~~] ORDER ~~TO CONTINUE~~ DIRECTING PARTIES TO FILE JOINT STATUS REPORT |

Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and respectfully move the Court for, an Order extending time as set forth in the *Case Management Scheduling Order* filed July 8, 2008 (Document 2), for the following good cause:

On August 4, 2008, Defendants TODD SHIPYARDS CORPORATION filed Notice to Tag Along Action regarding the pending Multidistrict Litigation ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter to that District (Document 7). Defendant TODD SHIPYARDS CORPORATION acknowledged that Notice to Tag Along Action was mailed to the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407; said notice to the JPML from counsel being necessary to initiate the transfer process.

1    On July 29, 1991, the JPML entered an order transferring all asbestos personal injury cases pending in the federal courts to the United States District Court for the Eastern District of Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. (*In re Asbestos Products Liability Litigation (no. VI). MDL No. 875.*, 771 F.Supp. 415 (1991)).  That order also applies to "tag-along actions," or actions involving common questions of fact filed after January 17, 1991.  Such actions are to be transferred to the eastern District of Pennsylvania as part of MDL 875,  for coordinated pretrial proceedings.

The JPML has held that a district court has the authority to stay pending a transfer order. *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001) ("[T]hose courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.")

The parties agree that it is likely that the JPML will transfer this matter to the Eastern District of Pennsylvania.  The Clerk of the JPML has not entered a *Conditional Transfer Order* pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be transferred, pursuant to JPML Rule 13(b).  It is likely the dates set forth in the *Case Management Scheduling Order*  including the deadlines imposed by Federal Rules of Civil Procedure, Rule 26, will pass before the Clerk of the JPML acts.

In addition, Defendant GENERAL DYNAMICS CORPORATION has not answered.

The parties make this Motion on the grounds that a stay of this action would (a) promote judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the parties.

For the reasons above, the parties hereby STIPULATE to and respectfully request the Court VACATE its *Case Management Scheduling Order* and that the Court issue an Order STAYING this action pending the outcome of the MDL Panel's decision on the merits of the transfer.

////

////

In the alternative, the parties hereby STIPULATE to and respectfully request that this Court vacate and continue the dates set forth in the *Case Management Scheduling Order* pending the outcome of the JPML's decision on the merits of the transfer.

Dated: August 27, 2008                          BRAYTON❖PURCELL LLP

                                                /s/ David R. Donadio
                                                By: _____
                                                David R. Donadio
                                                Attorneys for Plaintiffs

Dated: August 28, 2008                          YARON & ASSOCIATES

                                                /s/ Keith E. Patterson
                                                By: _____
                                                Keith E. Patterson
                                                Attorneys for Defendant
                                                TODD SHIPYARDS CORPORATION

Dated: September 2, 2008                        CHARTER DAVIS, LLP

                                                /s/ Maria S. Rosenfeld
                                                By: _____
                                                Maria S. Rosenfeld
                                                Attorneys for Defendant VIAD CORP

[PROPOSED]    ORDER TO STAY

Conference
IT IS HEREBY ORDERED that the ~~hearing~~ date and deadlines specified in the *Case Management Scheduling Order* dated July 8, 2008, are hereby VACATED and that this action is STAYED pending the outcome of the JPML's decision on the merits of the transfer.

The parties are DIRECTED to file, no later than November 21, 2008, a Joint Status Report.

Dated: September 18, 2008

_____
Maxine M. Chesney
United States District Judge

////
////
////
////

K:\Injured\109948\Stip stay or cont_(FED26).wpd          3
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINES – C 08-03274-MMC