Inasmuch as no objection is pending at this time, the stay is lifted.

SEP - 5 [illegible]

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 5 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

MDL No. 875

C 08-3274 MMC
(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-314)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,219 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 9-23-08
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**      MDL No. 875

### SCHEDULE CTO-314 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**    **CASE CAPTION**

CALIFORNIA CENTRAL
~~CAC 2 08-4714 Andrew Schnabel, et al. v. Borg-Warner Morse Tec, Inc., et al.~~
**Opposed 9/4/08**

CALIFORNIA NORTHERN
| | | | |
|---|---|---|---|
| CAN | 3 | 08-3070 | Allene McIntyre, et al. v. Northrop Grumman Ship Systems, Inc. |
| CAN | 3 | 08-3181 | Margaret McCue, et al. v. General Electric Co., et al. |
| CAN | 3 | 08-3274 | Shirley Cronin, et al. v. Todd Shipyards Corp., et al. |

~~CAN 3 08-3316 Harry Lemaster, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~
**Opposed 9/5/08**
~~CAN 3 08-3317 Finas Belk, et al. v. Bucyrus International, Inc., et al.~~ **Opposed 9/5/08**

INDIANA SOUTHERN
| | | | |
|---|---|---|---|
| INS | 1 | 08-1000 | Walter L. Gassner, Jr. v. Norfolk Southern Railway Co. |
| INS | 1 | 08-1001 | Kenneth L. Devault v. Norfolk Southern Railway Co. |

NORTH CAROLINA MIDDLE
| | | | |
|---|---|---|---|
| NCM | 1 | 08-526 | Richard W. Minter, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-527 | Frank L. Scott, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-530 | Charles M. Williams, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-531 | George A. Cummings, et al. v. Aqua-Chem, Inc., et al. |

NORTH CAROLINA WESTERN
| | | | |
|---|---|---|---|
| NCW | 1 | 08-346 | Raymond S. Perry, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-348 | Thomas B. Reid, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-349 | Donald L. Sisk, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-350 | Lee Allen Turner, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-351 | Troy D. Underwood, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-352 | Henry T. Westmoreland, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-353 | Joe C. Wilson, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-354 | Gary Neal Allen, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-355 | Garry M. Arnold, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-356 | Maven B. Hoyle, etc. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-359 | Joe Miller Iddings, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-360 | Melton G. Johnson, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-361 | Glen Lee Kaylor, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-362 | Lynda R. Long, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-314 Tag-Along Actions (Continued)**

## DIST. DIV. C.A. #    CASE CAPTION

| | | | |
|---|---|---|---|
| NCW | 1 | 08-366 | Harvey W. Gould, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-367 | Reginald L. Parker, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-368 | Joseph Barnes, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-369 | William Cloud, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 08-370 | John B. Drum, et al. v. Aqua-Chem, Inc., et al. |

RHODE ISLAND
~~RI    1  08-302        Linda Richards, etc. v. Buffalo Pumps, Inc., et al.~~ **Opposed 9/5/08**

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 0 | 08-2688 | Sonny Lee Bailey, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2690 | Larry G. Nunn, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2691 | Grady F. Oliver, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2744 | Terry Coleman v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-2692 | Dennis W. Richards, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-2743 | Ronald Leo Buysse, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2689 | Thomas B. Grantham, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2740 | Donald Marion Amos v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2741 | Everett C. Baker, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2742 | Thurman G. Blackwell, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2745 | Bruce G. VanHorn, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2746 | Cecil A. Zorn, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2747 | Randy G. Gilchrist, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2748 | William Samuel Henry v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2750 | Ernest William Herron v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2752 | Winfred H. Knight, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2754 | Truett A. Pitts, et al. v. Aqua-Chem, Inc., et al. |

VIRGINIA EASTERN
VAE  2  08-9376    William W. Bussey v. Buffalo Pumps, Inc., et al.